AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CAROLLYN F. COCHRAN,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  C2-10-996**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **JUDGE EDMUND A. SARGUS, JR.** |
| **COMMISSIONER OF** | **MAGISTRATE JUDGE NORAH MCCANN KING** |
| **SOCIAL SECURITY,** | |

      **Defendant.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the OPINION AND ORDER filed March 9, 2012, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).  This case is REMANDED to the Commissioner of Social Security for further proceedings.

Date: March 9, 2012                          JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk