# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CAROLLYN F. COCHRAN,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-10-996**

**MICHAEL J. ASTRUE,**    **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**      **MAGISTRATE JUDGE NORAH MCCANN KING**
**SOCIAL SECURITY,**

    **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the OPINION AND ORDER filed March 9, 2012, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further proceedings.

Date: March 9, 2012                            JAMES BONINI, CLERK

                                           */S/ Andy F. Quisumbing*
                                           (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk